An official website of New York State.
Here's how you know ˅



# Department of State
## Division of Corporations

Entity Information

Return to Results    Return to Search

### Entity Details

**ENTITY NAME:** DEBT RECOVERY SOLUTIONS, LLC
**DOS ID:** 2732394
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC LIMITED LIABILITY COMPANY
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 203 LLC - LIMITED LIABILITY COMPANY LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 02/15/2002
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 02/15/2002
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** NASSAU
**NEXT STATEMENT DUE DATE:** 02/28/2026
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY    NAME HISTORY    FILING HISTORY    MERGER HISTORY    ASSUMED NAME HISTORY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

Name: DEBT RECOVERY SOLUTIONS, LLC
Address: 6800 JERICHO TURNPIKE,, SUITE 113E, SYOSSET, NY, UNITED STATES, 11791

Electronic Service of Process on the Secretary of State as agent: Not Permitted

Chief Executive Officer's Name and Address

Name:
Address:

Principal Executive Office Address

Address:

Registered Agent Name and Address


EXHIBIT A