| | |
|---|---|
| Date Sent: | 2025-06-23 09:27:14 |
| From: | LASPD info@mylegaladvocates.org |
| To: | Debt Recovery Solutions LLC compliance@dbtsolutions.com |
| CC: | |
| Subject: | ID 13050, Jane Hengtgen / Quick Credit |
| | **Click to download or view** |
| Attachments: | |
| | 13050_POA.pdf |

---

# LASPD®

180 North Michigan Avenue, Suite 908, Chicago, IL 60601

<u>**VIA EMAIL**</u>

June 23, 2025

Debt Recovery Solutions LLC
6800 Jericho Turnpike, Suite 113E
Syosset, NY 11791

Re: <u>Jane Hengtgen</u>


**Consumer's account: Quick Credit**

**Consumer's SSN:**

LASPD file number: 13050

Dear Sir or Madam:

Please be advised that we represent Jane Hengtgen regarding your firm's collection activities.

Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program that provides debt-related legal services to seniors and people with disabilities. These individuals receive a fixed and/or limited income, protected by Federal laws, and LASPD advises them of their rights under these laws. Our goal is to persuade creditors and third party collectors to cease collection efforts, including filing a lawsuit, regarding debts such as the one referenced above.

We ask that you, or the creditor you represent, review the below Income and Expense Report as provided by Mrs. Hengtgen . Our client 's income is protected from levy, attachment or garnishment by Federal law. Moreover, there is no income available for any payment arrangement or settlement. Accordingly, our client cannot pay the debt(s) that you



are attempting to collect and we ask that you cease all further communications or collection actions. Our client also questions the correctness of the debt(s) you are trying to collect.

In closing, I am prepared to furnish you with other appropriate information you may require. If you have any questions, please contact LASPD at 312-263-1633 or info@mylegaladvocates.org.

Very truly yours,

*Donald Leibsker*

Donald Leibsker
Legal Director

Enc.

Legal Advocates for Seniors and People with Disabilities®
Website: www.mylegaladvocates.org   E-Mail: info@mylegaladvocates.org
Phone: 312-263-1633   Fax: 312-263-1637

# Income and Expense Report

| Type | Category | Description | Amount |
|---|---|---|---|
| Income | Social Security Retirement | | |
| Income | Pension Benefits | | |
| Expense | Utilities | Includes Culligan | |
| Expense | Rent/Mortgage | Mortgage and HOA fee | |
| Expense | Real Estate Taxes | 166.16 Included in Mortgage | |
| Expense | Medical | | |
| Expense | Home Owner's Insurance | | |
| Expense | Health Insurance | | |
| Expense | Gas/Maintenance | | |
| Expense | Food | | |
| Expense | Car Insurance | | |
| Expense | Aspire Credit Card | | |

- Campaigns ^
  - All Campaigns (/campaigns)
  - Stats (/stats)
  - Compare Campaigns (/cam...)
- Content ˅
- Contacts ˅
- Automations (/workflow)
- Forms (/contacts/forms)

MC  Misha Corb...
Primary acco...

Statistics(/stats) > ID 13050, Jane Hengtgen / Quick Credit

# ID 13050, Jane Hengtgen / Quick Credit

| Date: | From: | To: | Open tracking: | Click tracking: |
|---|---|---|---|---|
| 6/23/2025, 9:28:00 AM | info@mylegaladvocates.org | compliance@dbtsolutions.com | Enabled | Disabled |

| Action | Details | Date |
|---|---|---|
| Message delivered | - | 6/23/2025, 9:28:11 AM |

Need Help? ˅

SINCH Mailjet

Copyright © 2025 Mailjet. All rights reserved

Terms of Service (https://www.mailjet.com/legal/terms/) | Privacy Policy (https://www.mailjet.com/legal/privacy-policy/) | Acceptable Use Policy (https://www.mailjet.com/legal/sending-policy/)