

## Contact Debt Recovery Solutions

**CONSUMER**: If you have questions or concerns about your account, a Debt Recovery Solutions representative is available to help (800) 851-9592. Our trained staff and interactive website can provide language translation and interpretation services of any communication in Spanish. A translation and description of commonly used debt collection terms is

## How can you dispute the debt or request documentation and information?

You can call, write or complete the information below to dispute all or part of the debt. Please complete the form below and send the requested information to us detailing the nature of your dispute or you can write to our Compliance Department which processes all disputes, at Dispute, and secures all requested documentation and information, at Request.



EXHIBIT C

*number for accuracy*

6800 Jericho Turnpike
Suite 113E
Syosset, NY 11791

<u>Compliance</u> Chief Compliance Officer –
Zachary Schwartz
Certification #P1601-1164

d/b/a DRS-NY

Please e-mail us if you have any compliance questions or concerns Always include your reference number / account number for accuracy
<u>compliance@dbtsolutions.com</u>

This communication is from a debt collector.

This is an attempt to collect a debt and any information obtained will be used for that purpose.

Address Line 1 (required)

Address Line 2

City (required)    State (required)    ZIP Code (required)

Check all that apply

☐ I want to dispute the debt because I think:

☐ This is not my debt

☐ The amount is wrong

☐ Request documentation or secure additional information

Please detail your request below

☐ I want you to send me the name and address of the original creditor if different from the current creditor

English