← 90342

JANE- You will now receive texts from DRS-NY, a Debt Collector. Your QUICKCREDIT acct has a balance due of $3945.90. You can pay $1972.95 to resolve this acct! Call 800-851-9631

EXHIBIT D