

**THE LAW FIRM OF**
**PHILIPPS & PHILIPPS, LTD.**

David J. Philipps
    davephilipps@aol.com
Mary E. Philipps
    mephilipps@aol.com
Angie K. Robertson
    angie@philippslegal.com

July 14, 2025

**CERTIFIED U.S. MAIL,
RETURN RECEIPT REQUESTED**
Debt Recovery Solutions, LLC
6800 Jericho Turnpike
Suite 113E
Syosset, New York 11791

Re: *Jane Hengtgen,* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮, *Quick Credit Reference No.* ▮▮▮▮

To Whom It May Concern:

I, along with my co-counsel, Brian Bromberg of Bromberg Law Office, represent Ms. Hengtgen regarding your improper attempt to collect a Quick Credit debt from her. As her attorney at Legal Advocates for Seniors and People with Disabilities ("LASPD"), has previously told you, Ms. Hengtgen is represented by counsel and refuses to pay the debt at issue. Accordingly, we demand that you stop your collection actions, stop contacting her regarding the debt, and do not report this debt without noting that it is disputed.

Very truly yours,

*/s/ David J. Philipps*

David J. Philipps
DJP:amt

CC:    Brian L. Bromberg
        Bromberg Law Office, P.C.
        352 Rutland Road, #1
        Brooklyn, New York 11225

9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465
708.974.2900   Fax 708.974.2907
www.philippslegal.com



EXHIBIT E



PITNEY BOWES
$10.44⁰
US POSTAGE
FIRST-CLASS
028W002310943
2000263507
ZIP 60465
JUL 14 2025

CERTIFIED MAIL

9589 0710 5270 3304 4457 10

Debt Recovery Solutions, LLC
6800 Jericho Turnpike Suite 113E
Syosset, New York 11791

THE LAW FIRM OF
PHILIPPS & PHILIPPS, LTD.
9760 South Roberts Road, Suite One, Palos Hills, Illinois 60465