

TRUVISION CREDIT REPORT

| | |
|---|---|
| Subscriber Name: | LEGAL ADVOCA |
| Subscriber Code/Market: | |
| Results Issued: | 7/17/25 12:28 CT |

**INPUT PARAMETERS FOR PRIMARY SUBJECT**

| | |
|---|---|
| Reference ID: | |
| SSN: | |
| Name: | Hengtgen, Jane |
| Current Address: | |

**HENGTGEN, JANE E.**

Also Known As:  
SSN:  
Date of Birth:  
Phone:  
In File Since: 9/86

Current Address:  
Previous Address:  
Previous Address:

## TRUVISION CREDIT SUMMARY (Total History)

## COLLECTIONS

**DEBT REC SOL (Y 25J8001)**  Account #  Account Rating  O9B
- Original Creditor: QUICKCREDIT(financial)   Remarks: PLACED FOR COLLECTION   Amount Placed: $3,945   Opened: 5/25
- Account Type: OPEN   Balance: $3,945   Paid:
- Responsibility: I   Past Due: $3,945   Closed:
- Last Payment:   Verified: 7/25
- Update Method: automated

**Delinquency**  Maximum:  **Payment Pattern**
Amount:  Start Date:
Date:



EXHIBIT F